# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| John W. Rutland III, et al | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiffs, | ) | 1:15-cv-00228-MR-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| Anthony M. Milici, et al | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 17, 2016 Order.

June 17, 2016

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court